RE: Giselda A Cardenas                                                                 Case # 20-19686 LMI

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 9/17/20

| | | | |
|---|---|---|---|
| Tax returns: | Corporate Tax Returns: | | |
| Photo ID/SS card-Not redacted | LF 90 | LF 67 | LF 10 |

Plan does not fund properly

Calculation errors    Missing months/amounts    Inconsistent terms    Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

2016(B), SOFA #16 and Plan do not match    ✔ Missing signed copy of the Attorney's Declaration

✔ Other provisions: ✔ IVL    ✔ 100%    Lawsuit    Gambling    MMM

✔ Reaffirm, redeem or surrender Sch D or G creditor: MDTC

MMM Motion not filed    Valuation motion not filed    Lien Avoidance motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC:

Object or Conform to Proof of Claim:    Miami-Dade County    Tax Certificate (DE#  )    Dept of Revenue
   IRS

✔ OTHER PLAN ISSUES: Amend plan to correct Db SS# per SS Card rcvd., Amend plan to correct section II B. math calculation error

Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:  01/Chevrolet, 02/GMC

Other:

✔ Bank Account Statements    3 months pre-petition #4277 (6/25-9/4); #7606 (7/8-9/4)

✔ Copy of check(s) and/or explanation: #4277 Ck#186 $1078.38

Explanation of withdrawal(s):

401K/Retirement/Pension    Annuity    Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

BDQ & attachments    Profit/loss    Balance Sheet

Business Bank statements and checks    3 months pre-petition

✔ Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*